7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Louis Enrique Colon
*Debtor*

*Bankruptcy Case No.*
13−42951−drd7

**Lorri Wilbee−Kobe**
   Plaintiff(s)

*Adversary Case No.*
13−04182−drd

v.

**Louis Enrique Colon**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the parties agree that the debt of $12,000.00 owed by Defendant, to Plaintiff and/or his ex−spouse Joy Colon, pursuant to the Judgment of Modification entered on June 3, 2013 in the matter of Joy Caroline Colon v. Louis Enrique Colon, Case 0916−FC04361−02, is non−dischargeable in Chapter 7, pursuant to 11 U.S.C. § 523(a)(5) and (15).

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
   Deputy Clerk



Date of issuance: 1/14/14

Court to serve